IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORD EVERTT GRADY,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HOREL, Warden; B. SAMPLES, Correctional Counselor II; and N. GRANNIS, Chief, Inmate Appeals Branch,<br><br>    Defendants. | No. C 07-1335 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

On October 12, 2007, the court dismissed plaintiff's civil rights complaint for failure to present a cognizable claim for relief. Plaintiff was granted thirty days to file an amended complaint. He has failed to do so. This case is accordingly **DISMISSED** with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December  30 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\GRADY1335.DSM.wpd